McGREGOR W. SCOTT
United States Attorney

PAUL S. HAM
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 307-6421
Facsimile: (202) 307-0054

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>MICHAEL CAREY; LEONE CAREY; DOUGLAS CARPA and Robert Talbot (or their successor trustees), as Trustees of the RANCH HOLDING TRUST; MICHAEL BLOOMQUIST (or his successor trustee), as Trustee of the HIDDEN MEADOWS HOLDING TRUST; PAMELA GRAFF; PATRICIA WELCH (aka PATRICIA KOERNER); STATE OF CALIFORNIA FRANCHISE TAX BOARD, and STATE OF CALIFORNIA DEPARTMENT OF INDUSTRIAL RELATIONS,<br><br>            Defendants. | Civil No. CIV-S-05-2176 MCE/CMK<br><br>**UNITED STATES' EX-PARTE APPLICATION TO SERVE ROBERT TALBOT, AS TRUSTEE OF THE RANCH HOLDING TRUST, BY PUBLICATION, and ORDER** |

     Plaintiff United States hereby moves this Court for an order permitting the United States to serve Robert Talbot, as co-trustee of the Ranch Holding Trust, by publication under applicable law.  In support thereof, the United States states as follows:

     1.     On October 27, 2005, the United States filed this action seeking to reduce certain federal tax assessments made against defendants Michael and Leone Carey to judgment.  See Docket, No. 1. Robert Talbot was named as a defendant because he and Douglas Carpa are the alleged trustees of the Ranch Holding Trust, an entity which purports to hold title to certain real property located in Redding,

1   California ("subject property").  See generally, United States' Complaint.  The United States asserts that
2   the Careys are the true and beneficial owners of the subject property despite any purported interest held
3   by the Ranch Holding Trust.  Therefore, the United States asserts that its federal tax liens against the
4   Careys encumber the subject property and that it should be allowed to foreclose its tax liens to satisfy the
5   Careys' outstanding federal tax liabilities, plus penalties and interest.  Id.

6   	2.	The United States is attempting service of its Complaint upon all parties except for Robert
7   Talbot because his precise whereabouts are unknown.  See Declaration of Paul S. Ham in Support of the
8   United States' Ex-Parte Application ("Ham Decl."), ¶¶ 4-5.  Douglas Carpa, Robert Talbot's co-trustee in
9   the Ranch Holding Trust, has been convicted of federal tax avoidance schemes related to the fraudulent
10  use of trusts.  See, e.g., United States v. Carpa, 271 F.3d 962 (11th Cir. 2001); United States v. Sullivan,
11  2001 WL 273246 (10th Cir.); United States v. Marsh, 144 F.3d 1229 (9th Cir. 1998); Carpa v. United
12  States, 1993 WL 597491 (N.D. Okl.).  The United States Tax Court has already adjudicated that the
13  Careys operated several sham trusts related to their residential care facility business.  See United States'
14  Complaint, ¶¶ 25-27.  Similarly, the United States asserts that the Ranch Holding Trust is a sham, created
15  solely in an attempt to hide and shelter the subject property from the Careys' creditors, including the
16  United States.

17  	3.	Despite reasonable diligence, the United States has been unable to precisely locate Robert
18  Talbot.  See Ham Decl., ¶¶ 4-5.  Given the Careys' fraudulent use of various trusts including the Ranch
19  Holding Trust, the United States asserts that continued efforts to locate Robert Talbot would not yield
20  any meaningful results.  In fact, Robert Talbot could be a fictitious person wholly created by Douglas
21  Carpa, or by other persons, to further the Careys' efforts to hide and shelter the subject property from the
22  reach of their creditors through the use of sham trusts.  See Ham Decl., ¶¶ 6.  Consequently, the United
23  States asserts that the only practical means of serving Robert Talbot (if such an individual actually
24  exists), as co-trustee of the Ranch Holding Trust, is by publication under applicable law.

25  	4.	Rule 4(e)(1) of the Federal Rules of Civil Procedure permits service of process to be made
26  "pursuant to the law of the state in which the district court is located."  California law permits that a
27  "summons may be served by publication if upon affidavit it appears to the satisfaction of the court in
28  which the action is pending that the party to be served cannot with reasonable diligence be served in

another manner." See Ca. Civ. Proc. § 415.50.[1]  Further, given good cause, Rule 4(m) of the Federal Rules of Civil Procedure permits the court to extend the time for service for an appropriate period.

5. Under Section 6064 of the California Government Code, the notice must be published once a week for four successive weeks.  Rule 4(m) of the Federal Rules of Civil Procedure ordinarily gives plaintiffs 120 days after the filing of a complaint to serve the named defendants.  Therefore, the United States requests an reasonable extension, until April 28, 2006, in which to complete service by publication against Robert Talbot, as co-trustee of the Ranch Holding Trust.

6. A proposed Order is submitted herewith.

Dated this 13th day of December, 2005.

        MCGREGOR W. SCOTT
        United States Attorney

        /s/ - Paul Ham
        PAUL S. HAM
        Trial Attorney, Tax Division
        United States Department of Justice
        P.O. Box 683, Ben Franklin Station
        Washington, DC  20044-0683
        Telephone: (202) 307-6421
        Facsimile:  (202) 307-0054

        Attorneys for the United States

---

[1] Under Ca. Civ. Proc. § 415.50, service of a summons by publication is deemed complete as provided in Section 6064 of the California Government Code.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Having considered the United States' Ex-Parte Application to Serve Robert Talbot, as co-trustee of the Ranch Holding Trust, as good cause being shown, it is ORDERED that:

1.  the United States has until April 28, 2006 to serve Robert Talbot, as co-trustee of the Ranch Holding Trust, by publication, as provided under California law; and

2.  that a copy of the Summons, Complaint and this Order will be mailed to Robert Talbot, as co-trustee of the Ranch Holding Trust, in the event that his identity and address are ascertained before the expiration of the time herein prescribed for publication.

Dated: December 15, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE