McGREGOR W. SCOTT
United States Attorney

PAUL S. HAM
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6421
Facsimile: (202) 307-0054

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL CAREY; LEONE CAREY; DOUGLAS CARPA and Robert Talbot (or their successor trustees), as Trustees of the RANCH HOLDING TRUST; MICHAEL BLOOMQUIST (or his successor trustee), as Trustee of the HIDDEN MEADOWS HOLDING TRUST; PAMELA GRAFF; PATRICIA WELCH (aka PATRICIA KOERNER); STATE OF CALIFORNIA FRANCHISE TAX BOARD, and STATE OF CALIFORNIA DEPARTMENT OF INDUSTRIAL RELATIONS,<br><br>    Defendants. | Civil No. 2:05-CV-2176-MCE-CMK<br><br>**STIPULATED DISCLAIMER AND DISMISSAL OF THE STATE OF CALIFORNIA DEPARTMENT OF INDUSTRIAL RELATIONS**, **and ORDER** |

   Plaintiff, the United States of America, and defendant, State of California Department of Industrial Relations, through their respective attorneys, agree as follows:

   1.   State of California Department of Industrial Relations hereby disclaims any right, title, or interest in or to the subject property described in the United States' Complaint in the above-captioned case.

///

2.	State of California Department of Industrial Relations acknowledges that it has no right to participate in further proceedings concerning this action or to share in any moneys that may be awarded.

3.	State of California Department of Industrial Relations is dismissed from this action.

Dated this 12th day of July, 2006.			MCGREGOR W. SCOTT
							United States Attorney

							 /s/ - Paul Ham
							PAUL S. HAM
							Trial Attorney, Tax Division
							U.S. Department of Justice
							Post Office Box 683
							Ben Franklin Station
							Washington, D.C.  20044
							Telephone: (202) 307-6421
							Facsimile:  (202) 307-0054

							Attorneys for the United States

Dated this 7th day of July, 2006.			 /s/ - Michael R. Philippi
							MICHAEL R. PHILIPPI
							Department of Industrial Relations
							1515 Clay Street, Suite 1700
							Oakland, CA 94612
							Telephone: (510) 286-7100
							Facsimile:  (510) 286-0687

							Attorney for the State of California Department of Industrial Relations

**IT IS SO ORDERED.**

Dated: July 13, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE