UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

MICHAEL CAREY; LEONE CAREY; DOUGLAS CARPA and ROBERT TALBOT (or their successor trustees), as Trustees of the RANCH HOLDING TRUST; MICHAEL BLOOMQUIST (or his successor trustee), as Trustee of the HIDDEN MEADOWS HOLDING TRUST; PAMELA GRAFF; PATRICIA WELCH (aka PATRICIA KOERNER); STATE of CALIFORNIA FRANCHISE TAX BOARD, and STATE of CALIFORNIA DEPARTMENT of INDUSTRIAL RELATIONS,

        Defendants.

2:05-cv-2176-MCE-CMK

MEMORANDUM AND ORDER

----oo0oo----

Through the present action, the United States of America ("United States") seeks, *inter alia*, to foreclose federal tax liens, plus penalties and interest, against certain real property owned by Defendants as provided by 26 U.S.C. § 7403.

///

1

This action has been brought against Michael and Leone Carey ("Careys"); Douglas Carpa and Robert Talbot (both as trustees of the Ranch Holding Trust); Michael Bloomquist (as trustee of the Hidden Meadows Holding Trust); and various other Defendants. The Careys have filed the present Motion demanding formal presentment of the lien to be foreclosed.[1]

According to the United States' Complaint, a delegate of the Secretary of the Treasury made assessments against the Careys for unpaid federal income taxes, plus penalties and interest, for the 1995 through 2000 tax years. Gov't. Compl., ¶ 19. As of November 18, 2004, there allegedly remains due and owing from the Careys, jointly and severally, the sum of $6,473,034.57 on the assessments, plus accrued interest, penalties and other statutory additions as provided by law. *Id.* at ¶20. The United States contends that, to date, the Careys have neglected, failed, or refused to fully pay to the indebted amounts. *Id.* at ¶ 21.

Through the present Motion, the Careys appear to be seeking a formal presentment of the documents supporting the lien held by the United States. While the Careys insist on the right to have the formal lien presented, they fail to cite to any legal authority supporting their request. Additionally, formal presentments are not referred to by the statutes in which the United States is seeking payment of the sums allegedly owed.

///
///

---

[1] Because oral argument will not be of material assistance, the Court orders this matter submitted on the briefs. E.D. Cal. Local Rule 78-230(h).

1  Although Defendants fail to cite to any authority, the language
2  of their Motion appears to be drawn from the Uniform Commercial
3  Code § 3-501.  To the extent the foregoing interpretation was
4  intended by the Careys', the Court finds the UCC inapplicable.
5  Accordingly, Defendants' Motion for Formal Presentment is DENIED.

7  IT IS SO ORDERED.
8  DATED: October 24, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE