McGREGOR W. SCOTT
United States Attorney

PAUL S. HAM
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, DC  20044-0683
Telephone: (202) 307-6421
Facsimile:  (202) 307-0054

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL CAREY, et al.,<br><br>Defendants. | Civil No. 2:05-cv-02176-MCE-CMK<br><br>**STIPULATION BETWEEN THE UNITED STATES AND THE STATE OF CALIFORNIA FRANCHISE TAX BOARD, and ORDER** |

Plaintiff United States of America and defendant State of California Franchise Tax Board ("FTB"), through their respective attorneys, hereby agree and stipulate as follows:

1.     The United States has made assessments against defendants Michael and Leone Carey for their outstanding federal income (Form 1040), plus penalties and interest, for 1995 through 2000 ("tax years at issue").  The FTB has made assessments against Careys for their outstanding state income taxes, plus penalties and interest, for certain years within the tax periods at issue.

2.     The United States' and FTB's tax liens, both arising from the assessments described in paragraph 1, above, attach to parcels of real property which are particularly described as follows:

////

STIPULATION                                        -1-                                        2212130.1

A.      The Palo Cedro Property

Parcel A as shown on the map entitled "Parcel Map No. 26-73 in the unincorporated
territory of Shasta County California.  A portion of the N.W. 1/4 of the N.W. 1/4 of
Section 4 Township 31 North, Range 3 West, M.D.B. & M., FOR ROBERT SILVA"
recorded in the office of the County Recorder August 16, 1972 in Book 1 of Parcel Maps
at page 110, Shasta County Records.  Together with a non-exclusive easement for road
and utility purposes over, under and across a strip of land 30.00 feet in width, lying
Southerly of and adjoining the South line of said Parcel A.  Said easement is for the
benefit of and appurtenant to said Parcel A or any parts or portions thereof.

B.      The Redding Property

A portion of the NW of 1/4 of Section 8, Township 31 North, Range 4 West, M.D.M.
Commencing at the Section corner common to Sections 5, 6, 7, & 8, Township 31 North,
Range 4 West, M.D.M., thence South 89 Degrees 18' East, 1340.09 feet; thence South 0
Degrees 41' 16" East, 223.85 feet to the true point of beginning of this description; thence,
continuing from said point of beginning South 0 Degrees 41' 16" East 90.00 feet to a point
from whence an iron pin witness corner bears South 89 Degrees 21' East 20.00 feet, thence
South 89 Degrees 21' East, 134.53 feet; thence 0 Degrees 41' 16" West 90.00 feet; thence
North 89 Degrees 21' West 134.53 feet to the point of beginning.

All iron pins referred to are marked R.E. 5438.

C.      The Bella Vista Property

All that portion of the North one-half of the Southwest one-quarter of Section 35,
Township 33 North, Range 3 West, M.D.B. & M., lying North of the California State
Highway No. 299E.

Excepting therefrom all that portion conveyed in the deed to Kenneth E. Spencer and Ruth
Melba Spencer, husband and wife, recorded March 16, 1970 in Book 1022 of Official
Records, Page 270, Shasta County Records.

Also excepting therefrom "All mineral lands except coal or iron lands" as excepted in the
patent from the United States of America, recorded April 7, 1896 in Book 5 of patents,
page 275, Shasta County Records.

Also excepting therefrom one-third of all minerals or other hydrocarbon substances in said
above described property with the right to enter upon said land and remove the same as
reserved in the deed recorded April 28, 1960 in book 633 official records at page 292,
Shasta County Records.

3.      The United States and the FTB agree that their relative priorities with respect to their tax

liens for the tax periods at issue, which are determined by assessment dates, attach to the Palo Cedro,

Redding, and Bella Vista Properties as follows:

////

STIPULATION                                           -2-                                           2212130.1

| Lien Holder | Tax Year | Assessment Date | Assessed Amount |
|---|---|---|---|
| United States | 1995 | 07/01/1996 & 08/26/2002 | $413,990.74 |
| United States | 1996 | 09/08/1997 & 10/30/2000 | $708,494.97 |
| United States | 1997 | 12/7/1998 | $2,922.05 |
| United States | 1998 | 11/29/1999 & 04/10/2000 | $3,397.95 |
| United States | 1999 | 11/27/2000 | $8,715.98 |
| United States | 2000 | 11/26/2001 | $1,571.17 |
| FTB | 1995 | 01/13/2003 | $125,960.50 |
| United States | 1998, 1999, & 2000 | 09/01/2003 | $4,325,872.27 |
| FTB | 1998, 1999, & 2000 | 01/13/2004 | $1,206,711.53 |
| United States | 1997 | 05/04/2004 | $1,025,150.22 |

The amounts listed as being owed to the FTB are as of October 31, 2006, inclusive of penalties and interest.  The amounts listed as being owed to the United States are as of November 18, 2004, plus any unassessed interest and other applicable statutory additions as provided by law.

    4.    Therefore, the United States and the FTB agree that the proceeds generated from any judicial or voluntary sale of the subject properties as related to this action, shall be distributed between the United States and the FTB in the relative order of priority of their tax liens as described in paragraph 3, above.

////

5. The United States and the FTB are to bear their respective costs, including any possible attorney's fees or other expenses of this litigation. The FTB is hereby dismissed from this action.

Dated this 9th day of February, 2007.               Dated this 8th day of February, 2007.

MCGREGOR W. SCOTT                              EDMUND G. BROWN JR.
United States Attorney                                   Attorney General of the State of California

 /s/ - Paul Ham                                               /s/ - Molly Mosley
PAUL S. HAM                                             MOLLY K. MOSLEY
Trial Attorney, Tax Division                          Deputy Attorney General
U.S. Department of Justice                             1300 I Street, Suite 125
Post Office Box 683, Ben Franklin Station       P.O. Box 944255
Washington, D.C.  20044                               Sacramento, CA 94244-2550
Telephone: (202) 307-6421                            Telephone: (916) 445-5367
Facsimile: (202) 307-0054                            Facsimile: (916) 327-2247

(Attorneys for the United States)                     (Attorneys for the State of California,
                                                                   Franchise Tax Board)


**IT IS SO ORDERED.**


**Dated:  February 13, 2007**

_____
**MORRISON C. ENGLAND, JR.**
**UNITED STATES DISTRICT JUDGE**

STIPULATION                                    -4-                                    2212130.1