MCGREGOR W. SCOTT
United States Attorney

PAUL S. HAM
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6421
Facsimile: (202) 307-0054

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Civil No. 2:05-CV-02176-MCE-CMK |
| Plaintiff, | |
| v. | **ORDER** |
| MICHAEL CAREY, et al., | |
| Defendants. | |

Having read and considered the United States' Application, the record contained herein, and good cause being shown, IT IS HEREBY ORDERED that the Application is granted and this Court shall retain and hear the United States' Motion for Default Judgment in tandem with the United States' Motion for Summary Judgment. Therefore, this Court shall hear the United States' Motion for Default Judgment concurrently with the hearing on the United States' Motion for Summary Judgment, currently set for March 19, 2007.

Dated: February 23, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2254289.1