UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL CAREY; LEONE CAREY; DOUGLAS CARPA and ROBERT TALBOT (or their successor trustees), as Trustees of the RANCH HOLDING TRUST; MICHAEL BLOOMQUIST (or his successor trustee), as Trustee of the HIDDEN MEADOWS HOLDING TRUST; PAMELA GRAFF; PATRICIA WELCH (aka PATRICIA KOERNER); STATE of CALIFORNIA FRANCHISE TAX BOARD, and STATE of CALIFORNIA DEPARTMENT of INDUSTRIAL RELATIONS,<br><br>    Defendants.<br>_____<br>MICHAEL CAREY and LEONE CAREY,<br><br>    Cross Claimants,<br><br>    v.<br><br>UNITED STATES OF AMERICA, and STATE of CALIFORNIA FRANCHISE TAX BOARD,<br><br>    Cross Defendants. | 2:05-CV-2176-MCE-CMK<br><br><br>MEMORANDUM AND ORDER |

1

1    Through the present action, the United States of America
2 ("United States") seeks, *inter alia*, to foreclose federal tax
3 liens, plus penalties and interest, against certain real property
4 as provided by 26 U.S.C. § 7403.  This action has been brought
5 against Michael and Leone Carey ("Careys"); Douglas Carpa and
6 Robert Talbot (both as trustees of the Ranch Holding Trust);
7 Michael Bloomquist (as trustee of the Hidden Meadows Holding
8 Trust); and various other Defendants.[1]

9    On May 3, 2006, and May 8, 2006, the Careys filed two
10 Motions to Enforce Liability of Surety pursuant to Fed. R. of
11 Civ. P. 65.1.  As an initial matter, the Careys' Motions fail
12 entirely to comply with this Court's local rules.  *See* Eastern
13 Dist. Local Rule 78-230(b).

14    In addition, the Carey's Motions are completely baseless and
15 without any merit whatsoever in that they direct the Clerk of
16 this Court to enforce a "surety contract" which does not exist.

17    Given the procedural and substantive irremediable defects of
18 these Motions, the Court hereby summarily DENIES both Motions
19 without leave to amend.

20    IT IS SO ORDERED.

Dated: March 22, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument will not be of material assistance, the Court orders this matter submitted on the briefs.  E.D. Cal. Local Rule 78-230(h).

2