UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>MICHAEL CAREY; LEONE CAREY; DOUGLAS CARPA and ROBERT TALBOT (or their successor trustees), as Trustees of the RANCH HOLDING TRUST; MICHAEL BLOOMQUIST (or his successor trustee), as Trustee of the HIDDEN MEADOWS HOLDING TRUST; PAMELA GRAFF; PATRICIA WELCH (aka PATRICIA KOERNER); STATE of CALIFORNIA FRANCHISE TAX BOARD, and STATE of CALIFORNIA DEPARTMENT of INDUSTRIAL RELATIONS,<br><br>        Defendants.<br>_____<br><br>MICHAEL CAREY and LEONE CAREY,<br><br>        Cross Claimants,<br><br>  v.<br><br>UNITED STATES OF AMERICA, and STATE of CALIFORNIA FRANCHISE TAX BOARD,<br><br>        Cross Defendants. | 2:05-cv-2176-MCE-CMK<br><br>MEMORANDUM AND ORDER |

1

Through the present action, the United States of America ("United States") seeks, *inter alia*, to foreclose federal tax liens, plus penalties and interest, against certain real property as provided by 26 U.S.C. § 7403. This action has been brought against Michael and Leone Carey ("Careys"); Douglas Carpa and Robert Talbot (both as trustees of the Ranch Holding Trust); Michael Bloomquist (as trustee of the Hidden Meadows Holding Trust); and various other Defendants.[1]

On April 28, 2006, Defendant Carpa, Trustee for Ranch Holding Trust and Hidden Meadows Holding Trust, filed a Motion for Relief from Judgment pursuant to Fed. R. of Civ. P. 60(b)(1) and (6). Defendant Carpa argues that he should be relieved from the Court's earlier Order striking his Answer on behalf of Defendant Trusts because the Court erred and exceptional circumstances warrant such relief. *See* Mem. & Order, April 20, 2006.

Rule 60(b) permits relief on from a "*final* judgement, order or proceeding." Fed. R. Civ. P. 60(b) (emphasis added). Defendant Carpa is seeking relief under Rule 60 for an order striking his Answer which clearly does not constitute a "final" judgment as it is not sufficiently final to be appealed. Rule 60(b) does not govern relief from interlocutory orders, that is to say any orders in which there is something left for the court to decide after issuing the order. Here, there is much left to decide as no final judgment has been entered to date.

---

[1] Because oral argument will not be of material assistance, the Court orders this matter submitted on the briefs. E.D. Cal. Local Rule 78-230(h).

2

1  Given the procedural defects of this Motion, the Court
2 hereby summarily DENIES the Motion without leave to amend.
3  IT IS SO ORDERED.

Dated: March 22, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3