McGREGOR W. SCOTT
United States Attorney

PAUL S. HAM
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, DC  20044-0683
Telephone: (202) 307-6421
Facsimile:  (202) 307-0054

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL CAREY, et al.,<br><br>　　　　Defendants. | Civil No. 2:05-cv-2176-MCE-CMK<br><br>**STIPULATION BETWEEN THE UNITED STATES AND PATRICIA WELCH (aka PATRICIA KOERNER), and ORDER** |

　　　　Plaintiff United States of America and defendant Patricia Welch (aka Patricia Koerner), through their respective attorneys, hereby agree and stipulate as follows:

　　　　1.　　The United States has made assessments against defendants Michael and Leone Carey for their outstanding federal income (Form 1040), plus penalties and interest, for 1995 through 2000 ("tax years at issue").  The United States has recorded Notices of Federal Tax Lien with the County Recorder's Office for Shasta County, California ("County Recorder") to secure Michael and Leone Careys' unpaid tax debts, plus penalties and interest, for the tax years at issue.

　　　　2.　　Patricia Welch entered into a Deed of Trust, recorded with the County Recorder on August 13, 1996 with Michael Bloomquist (as trustee of the Hidden Meadows Holding Trust), regarding the Bella Vista Property.  The United States has moved for summary judgment, seeking the Court to adjudicate that Michael and Leone Carey are the true and beneficial owners of the Bella Vista Property despite any purported interest held by the Hidden Meadows Holding Trust.  See Dkt., No. 84.

Patrica Welch does not oppose the United States' summary judgment motion. See Dkt., No. 92. Therefore, the United States and Patricia Welch agree that the United States' tax liens securing Michael and Leone Careys' unpaid tax debts for the tax years at issue and Patricia Welch's interest as the beneficiary on the Deed of Trust attach to the Bella Vista Property, located at 23658 Highway 299E, Bella Vista, California 96008, which is particularly described as follows:

> All that portion of the North one-half of the Southwest one-quarter of Section 35, Township 33 North, Range 3 West, M.D.B. & M., lying North of the California State Highway No. 299E.
>
> Excepting therefrom all that portion conveyed in the deed to Kenneth E. Spencer and Ruth Melba Spencer, husband and wife, recorded March 16, 1970 in Book 1022 of Official Records, Page 270, Shasta County Records.
>
> Also excepting therefrom "All mineral lands except coal or iron lands" as excepted in the patent from the United States of America, recorded April 7, 1896 in Book 5 of patents, page 275, Shasta County Records.
>
> Also excepting therefrom one-third of all minerals or other hydrocarbon substances in said above described property with the right to enter upon said land and remove the same as reserved in the deed recorded April 28, 1960 in book 633 official records at page 292, Shasta County Records.

3. The United States and the Patricia Welch agree that Patricia Welch's claim, through Deed of Trust, is senior to the United States' claim, through its tax liens, against the Bella Vista Property. Therefore, the United States and Patricia Welch agree that the proceeds generated from any judicial or voluntary sale of the Bella Vista Property as related to this action, shall be distributed in such a way to satisfy Patricia Welch's claim prior to satisfaction of the United States' claim against the Bella Vista Property.

/////

STIPULATION -2- 2300483.1

4. The United States and Patricia Welch are to bear their respective costs, including any possible attorney's fees or other expenses of this litigation. Patricia Welch is hereby dismissed from this action.

Dated this 30th day of March, 2007.                    Dated this 23rd day of March, 2007.

MCGREGOR W. SCOTT
United States Attorney

 /s/ - Paul Ham                                         /s/ - Scott Putnam
PAUL S. HAM                                            SCOTT PUTNAM
Trial Attorney, Tax Division                           Wells, Small, & Selke
U.S. Department of Justice                             292 Hemsted Drive
Post Office Box 683, Ben Franklin Station              Redding, CA 96002
Washington, D.C.  20044                                Telephone: (530) 223-1800
Telephone: (202) 307-6421                              Facsimile: (530) 223-1809
Facsimile: (202) 307-0054

(Attorneys for the United States)                      (Attorney for Patricia Welch)


**IT IS SO ORDERED.**

Dated:  April 5, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE