1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,
                                    No. 2:05-CV-02176-MCE-CMK
12          Plaintiff,

13      v.                          MEMORANDUM AND ORDER

14  MICHAEL CAREY, *et al.*,

15          Defendants.

16                         ----oo0oo----

17

18      On July 5, 2007, this Court entered summary judgment in

19  favor of the United States of America in this action to foreclose

20  on federal tax liens.  Defendants Michael Carey and Leona Carey

21  ("the Careys") did not oppose that motion.  The United States

22  then brought a motion to enforce that judgment.  The Careys did

23  not oppose that motion.  Approximately three weeks later, the

24  Careys filed their notice of appeal.  This Court entered an Order

25  enforcing the judgment against the Careys.  The Careys now move

26  for clarification of that Order.  The Careys have not submitted

27  points and authorities in support of their motion.

28  ///

                                1

1    The Careys' papers assert two grounds for clarification.
2 First, the Careys wish the Court to clarify "the jurisdictional
3 basis for said order."  In the Notice of Motion, it appears that
4 the Careys intended argument is that the Notice of Appeal
5 divested this Court of all jurisdiction over this case.  However,
6 a District Court has authority to enforce its judgments so long
7 as the appellate court has not stayed or superseded said
8 judgment.  *See* 20 Moore's Federal Practice § 303.32[2][c]
9 (Matthew Bender 3d ed.).  The Careys have not shown that the
10 Ninth Circuit has stayed or superseded any of this Court's prior
11 Orders.  Accordingly, this Court has jurisdiction to enforce its
12 Order granting summary judgment.

13    Second, the Careys request this Court clarify "the
14 evidentiary basis for overruling the final judgment of the
15 Bankruptcy Court."  The Careys do not provide this Court with any
16 further basis for this assertion.  Additionally, the Careys never
17 opposed the United States' Motion for Summary Judgment, nor did
18 they oppose the Motion to Enforce the Judgment on these grounds.
19 As stated in this Court's order granting summary judgment, this
20 Court found that the tax penalties were secured by federal tax
21 liens prior to the bankruptcy proceedings and therefore were not
22 discharged.  Mem. & Order 12, July 5, 2007.  This Court is not
23 aware of any decision from the Bankruptcy Court which it has
24 overruled.
25 ///
26 ///
27 ///
28 ///

Because the Careys' motion for clarification is completely
lacking in merit or support, it is hereby DENIED.


IT IS SO ORDERED.


Dated: May 6, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3