Presented by:

BENJAMIN B. WAGNER
United States Attorney

KARI D. LARSON
ADAM D. STRAIT
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044-0683
adam.d.strait@usdoj.gov
Telephone: (202) 307-2135
Facsimile: (202) 307-0054

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Civil No. 2:05-cv-2176-MCE |
|---|---|
| Plaintiff, | **ORDER PERMITTING COUNSEL FOR UNITED STATES TO APPEAR BY TELEPHONE AT MARCH 10 MOTION HEARING** |
| v. | |
| MICHAEL CAREY, et al., | |
| Defendants. | Hearing date: March 10, 2011<br>Hearing time: 2:00 p.m.<br>Hearing place: 501 I Street, Sacramento, CA Courtroom 7 |

1  Counsel for the plaintiff, the United States, has requested permission to appear by
2  telephone at the March 10 motion hearing in this case.  The request is GRANTED.  Counsel
3  shall be available by telephone with the direct number (202) 307-2135 not less than 15 minutes
4  before the start of the hearing, and shall remain available until the hearing is concluded.

**IT IS SO ORDERED.**

DATE:  March 7, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE