1   Presented by:
2
3   BENJAMIN B. WAGNER
4   United States Attorney
5
6   KARI D. LARSON
7   ADAM D. STRAIT
8   Trial Attorneys, Tax Division
9   U.S. Department of Justice
10  P.O. Box 683
11  Washington, D.C.  20044-0683
12  adam.d.strait@usdoj.gov
13  Telephone: (202) 307-2135
14  Facsimile: (202) 307-0054
15
16  Attorneys for the United States of America
17
18              IN THE UNITED STATES DISTRICT COURT
19
20          FOR THE EASTERN DISTRICT OF CALIFORNIA
21
22  UNITED STATES OF AMERICA,                Civil No. 2:05-cv-2176-MCE
23
24          Plaintiff,                       **ORDER CONFIRMING SALE OF**
25                                           **REAL PROPERTY LOCATED AT**
26      v.                                   **22510 HEARTWOOD LANE, PALO**
27                                           **CEDRO, CALIFORNIA**
28  MICHAEL CAREY; LEONE CAREY;
29  DOUGLAS CARPA and ROBERT                 Hearing date:  March 10, 2011
30  TALBOT, as Trustees of the RANCH         Hearing time:  2:00 p.m.
31  HOLDING TRUST; MICHAEL                   Hearing place: 501 I Street, Sacramento, CA
32  BLOOMQUIST, as Trustee of the                          Courtroom 7
33  HIDDEN MEADOWS HOLDING
34  TRUST; PAMELA GRAFF; PATRICIA
35  WELCH; STATE OF CALIFORNIA
36  FRANCHISE TAX BOARD; and STATE
37  OF CALIFORNIA DEPARTMENT OF
38  INDUSTRIAL RELATIONS,
39
40          Defendants.
41
42          This matter came before the Court on the United States' Motion for Orders Confirming

    Sale of Palo Cedro and Redding Properties and for Distribution of Proceeds ("Motion to Confirm

Order Confirming Sale of Real Property
Located at 22510 Heartwood Lane,
Palo Cedro, California                                              Page 1 of 4
                                                                    6384797.1

1    Sale").  Pursuant to the provisions of Local Rule 230(g), the Court determined that oral argument

2    on the motions was not of material assistance.  Consequently, the matter was submitted on the

3    papers.  Upon consideration of the Motion to Confirm Sale, the opposition submitted by Ernest

4    C. Aldridge, and the government's reply, and good cause appearing therefor, it is hereby

5    ORDERED as follows:

6         1)    This Order concerns the real property located at 22510 Heartwood Lane, Palo

7    Cedro, California, 96073 ("the Property").  The Property is more particularly described as

8    follows:

> Parcel A as shown on the map entitled "Parcel Map No. 26-73 in
> the unincorporated territory of Shasta County California. A portion
> of the N.W. 1/4 of the N.W. 1/4 of Section 4 Township 31 North,
> Range 3 West, M.D.B. & M., FOR ROBERT SILVA" recorded in
> the office of the County Recorder August 16, 1972 in Book 1 of
> Parcel Maps at page 110, Shasta County Records. Together with a
> non-exclusive easement for road and utility purposes over, under
> and across a strip of land 30.00 feet in width, lying Southerly of
> and adjoining the South line of said Parcel A. Said easement is for
> the benefit of and appurtenant to said Parcel A or any parts or
> portions thereof.

21        2)    The Court finds that the Property was sold at public auction on December 8, 2010,

22   in accordance with 28 U.S.C. §§ 2001 and 2002 and this Court's Order entered February 11,

23   2008.  Accordingly, the United States' Motion to Confirm Sale is hereby GRANTED with

24   respect to the Property.

25        3)    It is hereby ORDERED that the sale is confirmed.

26        4)    It is FURTHER ORDERED that the Proposed Deed to Real Property Located at

27   22510 Heartwood Lane, Palo Cedro, California, submitted by the United States is APPROVED,

28   and that an appropriate official at the Internal Revenue Service shall execute and deliver the

29   Deed to the Property to the purchaser, Scott Harvey.

Order Confirming Sale of Real Property
Located at 22510 Heartwood Lane,
Palo Cedro, California

6384797.1

1     5)     It is FURTHER ORDERED that the proceeds of the sale, which total $146,000,

2    shall be distributed as follows:

3          **First**, to the Internal Revenue Service Property Acquisition and Liquidation Specialist in

4    the sum of **$742.92** for the costs of the sale of the Property, including advertising and locksmith

5    expenses.  The check shall be made payable to "United States Treasury" and shall be sent to the

6    Internal Revenue Service, ATTN: Douglas McDonald, 751 Daily Drive, Suite 100, Camarillo,

7    California, 93010, and the phrase "Carey – Palo Cedro" shall be placed in the memo line of the

8    check.

9          **Second**, to Shasta County for payment of due and owing ad valorem taxes on the

10   Property.  The check shall be made payable to "Shasta County Tax Collector" and shall be sent

11   to the Shasta County Tax Collector's Office, PO Box 991830, Redding, California, 96099-1830,

12   and the phrase "AP No. 060-680-003" shall be placed in the memo line of the check.  The

13   amount of this payment to Shasta County shall be **$4,552.96**, if distribution is made after March

14   1, 2011 and before April 1, 2011; **$4,582.72**, if distribution is made after April 1, 2011 and

15   before April 10, 2011; and **$4,691.67**, if distribution is made after April 10, 2011 and before May

16   1, 2011.

17        **Third**, to the United States of America for application to the unpaid federal income tax

18   liabilities for the years 1995 through 2000.  The check shall be made payable to "United States

19   Treasury" and shall be sent to Adam D. Strait, Trial Attorney, U.S. Department of Justice, P.O.

20   Box 683, Washington, D.C. 20044, and the phrase "Carey 2005104103" shall be placed in the

21   memo line of the check.  The amount of this payment to the United States of America shall be

22   the remainder of the proceeds: **$140,704.12**, if distribution is made after March 1, 2011 and

Order Confirming Sale of Real Property
Located at 22510 Heartwood Lane,
Palo Cedro, California

6384797.1

before April 1, 2011; **$140,674.36**, if distribution is made after April 1, 2011 and before April 10, 2011; and **$140,565.41**, if distribution is made after April 10, 2011 and before May 1, 2011.

6)    It is FURTHER ORDERED that the confirmation of the sale shall, and hereby does, discharge and extinguish all interests in, liens against, or claims to the Property that are held by the United States of America; Michael Carey; Leone Carey; the Ranch Holding Trust, including its Trustee(s) and beneficiaries; the Hidden Meadows Holding Trust, including its Trustee(s) and beneficiaries; Pamela Graff; Patricia Welch; the State of California Franchise Tax Board; and the State of California Department of Industrial Relations.

7)    It is FURTHER ORDERED that the purchaser of the Property may record this Order in the public records of Shasta County or in other public records as he may find appropriate.

**IT IS SO ORDERED.**

DATE:  March 9, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Order Confirming Sale of Real Property
Located at 22510 Heartwood Lane,
Palo Cedro, California

6384797.1