Presented by:

BENJAMIN B. WAGNER
United States Attorney

KARI D. LARSON
ADAM D. STRAIT
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044-0683
adam.d.strait@usdoj.gov
Telephone: (202) 307-2135
Facsimile: (202) 307-0054

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL CAREY; LEONE CAREY; DOUGLAS CARPA and ROBERT TALBOT, as Trustees of the RANCH HOLDING TRUST; MICHAEL BLOOMQUIST, as Trustee of the HIDDEN MEADOWS HOLDING TRUST; PAMELA GRAFF; PATRICIA WELCH; STATE OF CALIFORNIA FRANCHISE TAX BOARD; and STATE OF CALIFORNIA DEPARTMENT OF INDUSTRIAL RELATIONS,<br><br>Defendants. | Civil No. 2:05-cv-2176-MCE<br><br>**ORDER CONFIRMING SALE OF REAL PROPERTY LOCATED AT 3041 LAWRENCE ROAD, REDDING, CALIFORNIA**<br><br>Hearing date: March 10, 2011<br>Hearing time: 2:00 p.m.<br>Hearing place: 501 I Street, Sacramento, CA<br>Courtroom 7 |

This matter came before the Court on the United States' Motion for Orders Confirming

Sale of Palo Cedro and Redding Properties and for Distribution of Proceeds ("Motion to Confirm

1 Sale"). Pursuant to the provisions of Local Rule 230(g), the Court determined that oral argument on the motions was not of material assistance. Consequently, the matter was submitted on the papers. Upon consideration of the Motion to Confirm Sale, the opposition submitted by Ernest C. Aldridge, and the government's reply, and good cause appearing therefor, it is hereby ORDERED as follows:

2) 1) This Order concerns the real property located at 3041 Lawrence Road, Redding, California ("the Property"). The Property is more particularly described as follows:

> A portion of the NW of 1/4 of Section 8, Township 31 North, Range 4 West, M.D.M. Commencing at the Section corner common to Sections 5, 6, 7, & 8, Township 31 North, Range 4 West, M.D.M., thence South 89 Degrees 18' East, 1340.09 feet; thence South 0 Degrees 41' 16" East, 223.85 feet to the true point of beginning of this description; thence, continuing from said point of beginning South 0 Degrees 41' 16" East 90.00 feet to a point from whence an iron pin witness corner bears South 89 Degrees 21' East 20.00 feet, thence South 89 Degrees 21' East, 134.53 feet; thence 0 Degrees 41' 16" West 90.00 feet; thence North 89 Degrees 21' West 134.53 feet to the point of beginning.
>
> All iron pins referred to are marked R.E. 5438.

2) The Court finds that the Property was sold at public auction on December 8, 2010, in accordance with 28 U.S.C. §§ 2001 and 2002 and this Court's Order entered February 11, 2008. Accordingly, the United States' Motion to Confirm Sale is hereby GRANTED with respect to the Property.

3) It is hereby ORDERED that the sale is confirmed.

4) It is FURTHER ORDERED that the Proposed Deed to Real Property Located at 3041 Lawrence Road, Redding, California, submitted by the United States is APPROVED, and that an appropriate official at the Internal Revenue Service shall execute and deliver the Deed to

the Property to the purchaser, the Church of Our Lord and Savior Jesus Christ, care of Charles L. Adams, P.O. Box 493688, Redding, California, 96049.

5) It is FURTHER ORDERED that the proceeds of the sale, which total $75,000, shall be distributed as follows:

**First**, to the Internal Revenue Service Property Acquisition and Liquidation Specialist in the sum of $957.92 for the costs of the sale of the Property, including advertising and locksmith expenses. The check shall be made payable to "United States Treasury" and shall be sent to the Internal Revenue Service, ATTN: Douglas McDonald, 751 Daily Drive, Suite 100, Camarillo, California, 93010, and the phrase "Carey – Redding" shall be placed in the memo line of the check.

**Second**, to Shasta County for payment of due and owing ad valorem taxes on the Property. The check shall be made payable to "Shasta County Tax Collector" and shall be sent to the Shasta County Tax Collector's Office, PO Box 991830, Redding, California, 96099-1830, and the phrase "AP No. 068-050-003" shall be placed in the memo line of the check. The amount of this payment to Shasta County shall be **$1,035.84**, if distribution is made after March 1, 2011 and before April 1, 2011; **$1,048.12**, if distribution is made after April 1, 2011 and before April 10, 2011; and **$1,100.11**, if distribution is made after April 10, 2011 and before May 1, 2011.

**Third**, to the United States of America for application to the unpaid federal income tax liabilities for the years 1995 through 2000. The check shall be made payable to "United States Treasury" and shall be sent to Adam D. Strait, Trial Attorney, U.S. Department of Justice, P.O. Box 683, Washington, D.C. 20044, and the phrase "Carey 2005104103" shall be placed in the memo line of the check. The amount of this payment to the United States of America shall be

1  the remainder of the proceeds: **$73,006.24,** if distribution is made after March 1, 2011 and before April 1, 2011; **$72,993.96,** if distribution is made after April 1, 2011 and before April 10, 2011; and **$72,941.97**, if distribution is made after April 10, 2011 and before May 1, 2011.

6) It is FURTHER ORDERED that the confirmation of the sale shall, and hereby does, discharge and extinguish all interests in, liens against, or claims to the Property that are held by the United States of America; Michael Carey; Leone Carey; the Ranch Holding Trust, including its Trustee(s) and beneficiaries; the Hidden Meadows Holding Trust, including its Trustee(s) and beneficiaries; Pamela Graff; Patricia Welch; the State of California Franchise Tax Board; and the State of California Department of Industrial Relations.

7) It is FURTHER ORDERED that the purchaser of the Property may record this Order in the public records of Shasta County or in other public records as he may find appropriate.

**IT IS SO ORDERED.**

DATE:  March 9, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE