Presented by:

BENJAMIN B. WAGNER
United States Attorney

KARI D. LARSON
ADAM D. STRAIT
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044-0683
adam.d.strait@usdoj.gov
Telephone: (202) 307-2135
Facsimile: (202) 307-0054

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL CAREY, et al.,<br><br>Defendants. | Civil No. 2:05-cv-2176-MCE<br><br>**ORDER SHORTENING TIME TO RESPOND TO UNITED STATES' MOTION FOR ORDER AUTHORIZING SHASTA COUNTY SHERIFF'S OFFICE TO EXECUTE PREVIOUS ORDERS**<br><br>Hearing date: July 28, 2011<br>Hearing time: 2:00 p.m.<br>Hearing place: 501 I Street, Sacramento, CA<br>Courtroom 7 |

The United States has requested the Court to shorten the time in which to respond to the United States' Motion for Order Authorizing Shasta County Sheriff's Office to Execute Previous Orders. The United States' request is adequately supported by the Declarations of Douglas McDonald, David Barbearo, and Adam Strait already in the record, as set forth in the Application, and by the fact that the United States' expected recovery from the sale of the Bella

Order Shortening Time to Respond to
Mot. Authorize Shasta County Sheriff's Office                                     Page 1 of 2
7051767.1

Vista Property is being diminished by its inability to confirm the sale.  Furthermore, the United States' Motion does not seek to alter the substantive relief previously granted to the United States.

Therefore, and for good cause shown, it is HEREBY ORDERED:

1)  The hearing on the United States' Motion for Order Authorizing Shasta County Sheriff's Office to Execute Previous Orders shall, unless it is removed from the oral argument calendar pursuant to Local Rule 230, be heard on July 14, 2011, at 2:00 p.m.; and

2)  Any oppositions to the Motion shall be due no later than July 8, 2011.

**IT IS SO ORDERED.**

DATE:  June 29, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Order Shortening Time to Respond to
Mot. Authorize Shasta County Sheriff's Office                     Page 2 of 2
7051767.1