Presented by:

BENJAMIN B. WAGNER
United States Attorney

KARI D. LARSON
ADAM D. STRAIT
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C.  20044-0683
adam.d.strait@usdoj.gov
Telephone: (202) 307-2135
Facsimile: (202) 307-0054

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL CAREY, et al.,<br><br>Defendants. | Civil No. 2:05-cv-2176-MCE<br><br>**ORDER DISTRIBUTING FUNDS FROM SALE OF PALO CEDRO PROPERTY**<br><br>Hearing date:   August 11, 2011<br>Hearing time:   2:00 p.m.<br>Hearing place:  501 I Street, Sacramento, CA<br>                Courtroom 7 |
|---|---|

Presently before the Court is the United States' motion to distribute the funds in the Court's registry representing the proceeds of the sale of the Palo Cedro Property.  That Motion was scheduled for hearing on August 11, 2011.  No opposition to the government's motion was made; and the matter was deemed suitable for disposition without oral argument as provided for by Local Rule 230(g).

1  The funds at issue not distributed following the Court's March 9, 2011 Order confirming the sale of the Property. The United States has requested in its motion that the amounts of the distributions to the Shasta County Tax Collector and to the United States be adjusted in order to pay the outstanding property taxes in full. The United States' motion seeks only to distribute the funds in a manner consistent with the Court's prior orders and the priority given to real property taxes under 26 U.S.C. § 6323(b)(6). Therefore, the United States' Motion (ECF No. 213) is GRANTED. It is further ORDERED that the Clerk's Office shall forthwith disburse the funds from the sale of the Palo Cedro Property, which total $146,000, as follows:

**First**, to the Internal Revenue Service Property Acquisition and Liquidation Specialist in the sum of **$742.92** for the costs of the sale of the Property, including advertising and locksmith expenses. The check shall be made payable to "United States Treasury" and shall be sent to the Internal Revenue Service, ATTN: Douglas McDonald, 751 Daily Drive, Suite 100, Camarillo, California, 93010, and the phrase "Carey – Palo Cedro" shall be placed in the memo line of the check.

**Second**, to Shasta County for payment of due and owing ad valorem taxes on the Property. The check shall be made payable to "Shasta County Tax Collector" and shall be sent to the Shasta County Tax Collector's Office, PO Box 991830, Redding, California, 96099-1830, and the phrase "AP No. 060-680-003" shall be placed in the memo line of the check. The amount of this payment to Shasta County shall be **$4,810.61** if distribution is made before August 1, 2011, and **$4,840.36** if distribution is made on or after August 1, 2011.

///

///

///

1    **Third**, to the United States of America for application to the unpaid federal income tax
2    liabilities for the years 1995 through 2000.  The check shall be made payable to "United States
3    Treasury" and shall be sent to Adam D. Strait, Trial Attorney, U.S. Department of Justice, P.O.
4    Box 683, Washington, D.C. 20044, and the phrase "Carey 2005104103" shall be placed in the
5    memo line of the check.  The amount of this payment to the United States of America shall be
6    the remainder of the proceeds: **$140,446.47** if distribution is made before August 1, 2011, and
7    **$140,416.72** if distribution is made on or after August 1, 2011.

8    It is FURTHER ORDERED that paragraph (5) of the Court's March 9, 2011 Order
9    Confirming Sale of Real Property Located at 22510 Heartwood Lane, Palo Cedro, California
10   (ECF No. 191) is hereby STRICKEN in favor of the distributions set forth above.  All other
11   provisions in the Court's March 9 Order remain unchanged and in full effect.

12   **IT IS SO ORDERED.**

13   August 5, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE