Presented by:

BENJAMIN B. WAGNER
United States Attorney

KARI D. LARSON
ADAM D. STRAIT
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044-0683
adam.d.strait@usdoj.gov
Telephone: (202) 307-2135
Facsimile: (202) 307-0054

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No. 2:05-cv-02176-MCE |
| Plaintiff, | **AMENDED ORDER SHORTENING TIME TO RESPOND TO UNITED STATES' MOTION TO ALLOW PURCHASER TO POSSESS BELLA VISTA PROPERTY PENDING CONFIRMATION OF SALE** |
| v. | |
| MICHAEL CAREY, et al., | |
| Defendants. | |

The United States has requested the Court to shorten the time in which to respond to the United States' Motion to Allow Purchaser to Possess Bella Vista Property Pending Confirmation of Sale. The United States' request is adequately supported by the Declarations of Patricia Welch, Jennifer Peterson, Douglas McDonald, David Barbearo, and Adam Strait already in the record, as set forth in the Application, and by the fact that the United States' expected recovery

1  from the sale of the Bella Vista Property is being diminished by its inability to confirm the sale.

2  Furthermore, the United States' Motion does not seek to restrict the rights of any occupant of the

3  Bella Vista Property, nor any party, because the Court's previous Orders have directed the

4  occupants to leave the premises and have given the right of possession of the Bella Vista

5  Property to the United States.

6  Therefore, and for good cause shown, it is HEREBY ORDERED:

7  1)  The hearing on the United States' Motion to Allow Purchaser to Possess Bella Vista

8  Property Pending Confirmation of Sale shall, unless it is removed from the oral argument

9  calendar pursuant to Local Rule 230, be heard on Tuesday, September 6, 2011, at 2:00 p.m.; and

10  2)  Any oppositions to the Motion shall be due no later than Thursday, September 1, 2011, at

11  4:00 p.m.

12  **IT IS SO ORDERED.**

13  Dated: August 29, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE