Presented by:

BENJAMIN B. WAGNER
United States Attorney

KARI D. LARSON
ADAM D. STRAIT
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044-0683
adam.d.strait@usdoj.gov
Telephone: (202) 307-2135
Facsimile: (202) 307-0054

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>MICHAEL CAREY, et al.,<br><br>          Defendants. | No: 2:05-cv-2176 MCE-CMK<br><br>**ORDER PERMITTING COUNSEL FOR UNITED STATES TO APPEAR BY TELEPHONE AT SEPTEMBER 29, 2011 MOTION HEARING**<br><br>Hearing date: September 29, 2011<br>Hearing time: 2:00 p.m.<br>Hearing place: 501 I Street, Sacramento, CA<br>                        Courtroom 7 |

///

///

///

///

///

///

1  Counsel for the plaintiff, the United States, has requested permission to appear by

2  telephone at the September 29, 2011 motion hearing in this case.  The request is GRANTED.

3  Counsel shall be available by telephone with the direct number (202) 307-2135 not less than 15

4  minutes before the start of the hearing, and shall remain available until the hearing is concluded.

5  **IT IS SO ORDERED.**

6  Dated:  September 20, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE