Presented by:

JOHN A. DICICCO
Principal Deputy Assistant Attorney General
U.S. Department of Justice, Tax Division

ADAM D. STRAIT
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
adam.d.strait@usdoj.gov
Telephone: (202) 307-2135
Facsimile: (202) 307-0054

BENJAMIN B. WAGNER
United States Attorney, Eastern District of California
*Of Counsel*

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>MICHAEL CAREY, et al.,<br><br>            Defendants. | Civil No. 2:05-cv-2176-MCE<br><br>**ORDER DISTRIBUTING EXCESS FUNDS**<br><br>Hearing date:   January 12, 2012<br>Hearing time:   2:00 p.m.<br>Hearing place:  501 I Street, Sacramento, CA<br>                Courtroom 7 |

The United States has filed a motion to distribute excess funds remaining in the Court's registry as a result of the sales of three pieces of real property in this case. Approximately $1,100 remains in the registry. Of that sum, $1,048.12 remains due to the fact that the purchaser

of the real property located at 3041 Lawrence Road, Redding, California, 96002, paid the outstanding ad valorem property taxes on that property before the Court's distribution check arrived.  As a result, the Shasta County Tax Collector returned the Court's distribution check rather than cashing it.  The remainder of the excess funds is interest that accrued while the funds were on deposit in the registry.

The United States was the senior lienholder with respect to all three properties in this case, and its senior lien was not fully paid by the distributions from the sales.  Therefore, the Court finds that the United States is entitled to receive the excess funds in the Court's registry.

The Clerk shall distribute all remaining funds from this case to the United States.  The check shall be made payable to "United States Treasury" and shall be sent to the United States Department of Justice, ATTN: TaxFLU, P.O. Box 310, Washington, D.C., 20044.  The phrase "Carey 2005104103" shall be placed in the memo line of the check.

**IT IS SO ORDERED.**

Dated:  January 10, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE