IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 2:05-cv-2176-MCE |
| Plaintiff, | ) | |
| | ) | **ORDER AUTHORIZING** |
| v. | ) | **DISPOSAL OF PROPERTY SEIZED** |
| | ) | **DURING EVICTION** |
| MICHAEL CAREY, et al., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The United States has filed a Motion for an Order Authorizing Disposal of Property Seized During Eviction (ECF No. 237). The motion was scheduled to be heard on August 9, 2018, and no opposition has been submitted.

The United States notes that two of the Court's orders, docket numbers 125 and 160, can be construed to conflict as to which federal agency has the authority to dispose of property seized during an eviction. The United States Marshal Service secured several firearms and a machete during the eviction at the Bella Vista Property in this case, and continues to maintain them in its evidence locker. The United States has provided notice to the potential claimants that the property was available for retrieval under Cal. Penal Code § 33850, 33875, but no documented

claims have been submitted.   In light of the Court's previous Orders in this case; the lack of any opposition to the instant Motion, he United States attempts to return the seized property; for avoidance of doubt; and for good cause shown, it is hereby ORDERED:

1. The United States Motion re: Disposal of Property Seized During Eviction is GRANTED; and

2. As previously stated in the Court's Orders, any personal property that remained on the real properties at the time of the eviction was deemed forfeited and abandoned.  To the extent that the United States Marshal Service secured personal property during the evictions, it may dispose of the property in any manner that it deems appropriate.

**IT IS SO ORDERED.**

**Dated:  August 13, 2018**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE